21703. WILLIAMSON *et al. v.* THE STATE.

BROYLES, C. J. The defendants were convicted of the offense of simple larceny (cattle stealing). The evidence authorized the verdict, and the judge did not err in overruling the motion for a new trial, which contained the usual general grounds only.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1931.

*Saffold, Sharpe & Saffold,* for plaintiffs in error.
*M. H. Boyer, solicitor-general, L. C. Underwood,* contra.